# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Samuel V. Watkins,

    Plaintiff(s),

vs.

Indy Mac Bank, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv241

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2011 Order.

Signed: May 19, 2011

Frank G. Johns, Clerk
United States District Court